UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 23-12582-RGS

HERVE OLIVIER, JR.,
Petitioner

v.

MASSACHUSETTS DEPARTMENT OF CORRECTION,
Respondent

ORDER ON REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE

September 3, 2024

STEARNS, D.J.

I agree with Magistrate Judge Boal's careful and succinct analysis of the record and her conclusions that: (1) the petition is untimely and that there are no extenuating circumstances that would toll (or excuse) petitioner's five-year delay in filing for habeas relief; and (2) that petitioner has failed (woefully) to meet his "heavy" burden of showing compliance with the statutory exhaustion requirement, 28 U.S.C. § 254(b)(1)(A). Consequently, the Recommendation is ADOPTED, the Respondent's motion to dismiss is ALLOWED, and the Petition is DISMISSED with

prejudice.[1]   The Clerk will enter judgment for the Respondent and close the case. Petitioner is advised that any request for the issuance of a Certificate of Appealability pursuant to 28 U.S.C. § 2253 is also <u>DENIED</u>, the court discerning no meritorious or substantial basis supporting an appeal.

                SO ORDERED.

                /s/ Richard G. Stearns
                UNITED STATES DISTRICT JUDGE

---

[1] Olivier has not filed a timely Objection to the Magistrate's Report and Recommendation.   However, on August 5, 2024, he improperly filed a Notice of Appeal of the Magistrate Judge's denial of his application for further appellate review and motion to withdraw his guilty plea. See Dkt #35 appealing 3/29/24 Order (Dkt #25).   Magistrate Judge Boal issued her Report and Recommendation on August 13, 2024.   *See* Dkt # 41; Fed. R. App. P. 4 (Appeal as of Right—When Taken).